April 29, 2022

United States Bankruptcy Court
District of New Jersey

Re:   Adelina Fairman
      Case No.: 22-12269 MBK

Dear Sir/Madam:

We are hereby withdrawing the following document which was previously filed with the court:

**Motion to Sell Property Free and Clear of Liens**
**Filed on 4/11/2022**
**Docket number 15**

Please feel free to contact this office with any questions.

Very truly yours,

/s/ Lee M. Perlman

Lee M. Perlman, Esquire

LMP/cs

---

Lee M. Perlman, Esquire            1926 Greentree Road, Suite 100, Cherry Hill, NJ 08003
Heidi R. Spivak, Esquire                     Phone (856) 751-4224 / Fax (888) 635-5933
Cory Woerner, Esquire                                     www.NewJerseyBankruptcy.com