UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-12269 MBK |
| Adelina Fairman | Chapter: | 13 |
| | Judge: | Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

_____Adelina Fairman_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____6/22/2022_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  8 Mill Street, Southampton, NJ 08088

Proposed Purchaser:  Kenneth and Ashley Leach

Sale price:  $200,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Douglas Groff
Amount to be paid:  6%. 3% from each side, 3% from the buyer and 3% from the seller
Services rendered:  Selling of the property, 8 Mill Street, Southampton, NJ 08057

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Law Offices of Lee M. Perlman

Address: 1926 Greentree Road, Suite 100, Cherry Hill, NJ 08003

Telephone No.: 856-751-4224

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12269-MBK
Adelina Fairman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: May 18, 2022  Form ID: pdf905  Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adelina Fairman, 431 Carranza Rd, Vincentown, NJ 08088-9310 |
| sp | + | Douglas Groff, 8 Mill Street, Vincentown, NJ 08088-8824 |
| 519536257 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519536260 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519536262 | + | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519536264 | + | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 519536269 | + | Nudelman, Klemm & Golub, 425 Eagle Rock Ave, Ste 403, Roseland, NJ 07068-1717 |
| 519536276 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcynotice@franklincredit.com | May 18 2022 20:36:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519536257 | ^ | MEBN | May 18 2022 20:33:46 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519547423 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 20:42:03 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519536258 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 20:42:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519540756 | + | Email/Text: mrdiscen@discover.com | May 18 2022 20:36:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519536259 | + | Email/Text: mrdiscen@discover.com | May 18 2022 20:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519536261 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 18 2022 20:36:00 | FIA Card Services, N.A., PO Box 982284, El Paso, TX 79998-2284 |
| 519536263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2022 20:36:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519536265 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 20:36:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519536267 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2022 20:36:00 | La Reine Ste 100, San Diego, CA 92108-3007 |
| | | | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519536268 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2022 20:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519536270 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 18 2022 20:36:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 519561306 | | Email/Text: BKEBN-Notifications@ocwen.com | May 18 2022 20:36:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519536271 | | Email/Text: signed.order@pfwattorneys.com | May 18 2022 20:36:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519577301 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 20:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519536274 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2022 20:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519548466 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2022 20:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519536275 | | Email/Text: cathy@scratchpay.com | May 18 2022 20:36:00 | Scratch Financial, Attn: Compliance, 225 S Lake Ave, Ste 250, Pasadena, CA 91101 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519536266 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519536272 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519536273 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: May 18, 2022 Form ID: pdf905 Total Noticed: 27

| | |
|---|---|
| | docs@russotrustee.com |
| Ashley Pascuzzi | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com  informationathnk@aol.com |
| Lee Martin Perlman | |
| | on behalf of Debtor Adelina Fairman ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6