Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.:  22–12269–MBK
> Chapter:  13
> Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelina Fairman
   431 Carranza Rd
   Vincentown, NJ 08088

Social Security No.:
   xxx–xx–2522

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

8 Mill Street, Southampton, NJ 08088

Dated: June 16, 2022
JAN: gan

> Jeanne Naughton
> Clerk