UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
1926 Greentree Rd, Ste. 100
Cherry Hill, NJ 08003
856-751-4224
ecf@newjerseybankruptcy.com

Order Filed on June 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Adelina Fairman

| | |
|---|---|
| Case No.: | 22-12269 |
| Hearing Date: | 6/22/2022 |
| Chapter: | 13 |
| Judge: | MBK |

**ORDER AUTHORIZING SALE OF REAL
PROPERTY PURSUANT TO 11 U.S.C §363(f).**

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: June 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____8 Mill Street, Southampton 08088_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Douglas Groff |
| Amount to be paid: | 5% (seller's agent has agreed to reduce his commission to facilitate sale) |
| Services rendered: | Seller's agent - listing, marketing, and closing |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $\_\_\_\_\_0.00\_\_\_\_\_ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. Other provisions:
The holder of the first mortgage shall retain its lien on the property until such time as it is satisfied at closing;

Pursuant to 11 USC 363(f) the property may be sold free and clear of encumbrances: specifically judgment liens DJ-26468620-10, J-00697820-21, J-297047-10, DJ-07551920-12, DJ-07312520-13 are AVOIDED;

The ten (10) day stay of this Order Authorizing sale Real Property pursuant to R. 6004(g) is hereby waived.

If the sale of the property occurs prior confirmation of the Debtor's chapter 13 plan the Trustee shall take necessary steps to convey clear title.

*rev.1/12/22*