| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC<br>d/b/a Mr. Cooper | |
| In Re:<br><br>ADELINA FAIRMAN<br><br>Debtor(s). | Case No.: 22-12269-mbk<br><br>Hearing Date: May 25, 2022<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Kindly, withdraw the Objection to Confirmation filed as document no. 14 on April 2022.

DATED: August 24, 2022                    Nationstar Mortgage LLC d/b/a Mr. Cooper

/s/ Ashley M Pascuzzi
Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*