UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Adelina Fairman

Case No.: 22-12269 MBK

Chapter: 13

Hearing Date: 1/25/2022

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __12/29/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __Modified Chapter 13 Plan__.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 12/29/2022                                      /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Account Resolution Services,<br>Attn: Bankruptcy, Po Box 459079,<br>Sunrise, FL 33345 | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Advanta Bank Corporation,<br>Resurgent Capital Services,<br>PO Box 10368,<br>Greenville, SC 29603-0368 | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Capital One,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130 | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Discover Bank,<br>Discover Product Inc,<br>PO BOX 3025,<br>New Albany, OH 43054 | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process<br>Emrg Phy Assoc of S Jersey, PC,<br>PO Box 740021,<br>Cincinnati, OH 45274 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>FIA Card Services, N.A.,<br>PO Box 982284,<br>El Paso, TX 79998 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Hayt, Hayt & Landau, LLC,<br>PO Box 500,<br>Eatontown, NJ 07724 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Internal Revenue Service,<br>Centralized Insolvency Operations<br>PO Box 7346,<br>Philadelphia, PA 19101-7346 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, D.C. 20044 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process<br>KML Law Group, PC,<br>701 Market St, Ste 5000,<br>Philadelphia, PA 19106 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Midland Fund,<br>350 Camino De La Reine Ste 100,<br>San Diego, CA 92108 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Mr. Cooper,<br>Attn: Bankruptcy,<br>8950 Cypress Waters Blvd,<br>Coppell, TX 75019 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Mrc/united Wholesale M,<br>Attn: Bankruptcy,<br>P. O. Box 619098,<br>Dallas, TX 75261 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Ocwen Loan Servicing, LLC,<br>1661 Worthington Road, Suite 100,<br>West Palm Beach, FL 33409 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>PHH Mortgage Corporation,<br>Attn: Bankruptcy Department,<br>PO Box 24605,<br>West Palm Beach, FL 33416-4605 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process<br>Pressler, Felt & Warshaw, LLC,<br>7 Entin Road,<br>Parsippany, NJ 07054 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Quantum3 Group LLC as agent for,<br>Velocity Investments LLC,<br>PO Box 788,<br>Kirkland, WA 98083-0788 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Quicken Loans,<br>Attn: Bankruptcy,<br>1050 Woodward Avenue,<br>Detroit, MI 48226 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Rocket Mortgage, LLC f/k/a Quicken Loans,<br>635 Woodward Avenue,<br>Detroit MI 48226 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Scratch Financial, Attn: Compliance,<br>225 S Lake Ave, Ste 250,<br>Pasadena, CA 91101 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>State of New Jersey,<br>Division of Taxation Bankruptcy,<br>PO Box 245,<br>Trenton, NJ 08695 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process<br>State of New Jersey,<br>PO Box 283,<br>Trenton, NJ 08602 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>RAS Citron LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Ashley M. Pascuzzi, Esq.<br>2500 Plaza 5, Suite 2538<br>Jersey City, NJ 07311 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.