| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C Jennings, Esq. (049302015) | Order Filed on February 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**Adelina Fairman,**<br>    Debtor. | CASE NO.: 22-12269-MBK<br><br>CHAPTER 13 |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages
**ORDERED**.

**DATED: February 1, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER having come before the Court on Secured Creditor's, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, Objection to Confirmation of Debtor's Chapter 13 Plan by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 448 Main St, Lumberton, NJ 08048 (the "Subject Property"),and Lee Martin Perlman, Esq., representing Adelina Fairman ("Debtor"), and for good cause it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan is resolved, subject to the following conditions:

1. This Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter.
2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $232.07 as set forth in Secured Creditor's timely filed Proof of Claim 4-1, filed April 20, 2022, and subject to Debtor's right to object to the filed Proof of Claim.
3. Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and /or notices of payment change.
4. Secured Creditor's objection is hereby resolved pursuant to paragraph 2 above.