Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−12269−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelina Fairman
   431 Carranza Rd
   Vincentown, NJ 08088

Social Security No.:
   xxx−xx−2522

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 30, 2023.

Dated: January 30, 2023
JAN: wiq

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Adelina Fairman  
    Debtor

Case No. 22-12269-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 30, 2023      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adelina Fairman, 431 Carranza Rd, Vincentown, NJ 08088-9310 |
| sp | + | Douglas Groff, 8 Mill Street, Vincentown, NJ 08088-8824 |
| 519536260 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519536262 | + | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519536269 | + | Nudelman, Klemm & Golub, 425 Eagle Rock Ave, Ste 403, Roseland, NJ 07068-1717 |
| 519536276 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519637641 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 30 2023 20:40:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519536257 | ^ | MEBN | Jan 30 2023 20:39:24 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519547423 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2023 20:50:23 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519536258 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519540756 | + | Email/Text: mrdiscen@discover.com | Jan 30 2023 20:40:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519536259 | + | Email/Text: mrdiscen@discover.com | Jan 30 2023 20:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519536261 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2023 20:41:00 | FIA Card Services, N.A., PO Box 982284, El Paso, TX 79998-2284 |
| 519536263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2023 20:41:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519536264 | ^ | MEBN | Jan 30 2023 20:39:29 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: plncf13 | Total Noticed: 29 |

| 519536265 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 20:41:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519536267 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2023 20:40:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519536268 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2023 20:40:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519623937 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2023 20:40:00 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519536270 | + Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2023 20:40:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 519561306 | Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2023 20:40:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519536271 | Email/Text: signed.order@pfwattorneys.com | Jan 30 2023 20:40:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519577301 | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2023 20:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519536274 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 30 2023 20:41:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519548466 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 30 2023 20:41:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519536275 | Email/Text: cathy@scratchpay.com | Jan 30 2023 20:40:00 | Scratch Financial, Attn: Compliance, 225 S Lake Ave, Ste 250, Pasadena, CA 91101 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519536266 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519536272 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519536273 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023          Signature:          /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: plncf13 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ajennings@raslg.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com  kimwilson@raslg.com |
| Lee Martin Perlman | on behalf of Debtor Adelina Fairman ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7