| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (TRENTON)** | |
| **Robertson, Anschutz, Schneid, Crane &**<br>**Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C Jennings, Esq. (049302015) | **Order Filed on February 1, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In Re:**<br><br>**Adelina Fairman,**<br>        **Debtor.** | CASE NO.: 22-12269-MBK<br><br>CHAPTER 13 |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages

**ORDERED**.

**DATED: February 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Secured Creditor's, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, Objection to Confirmation of Debtor's Chapter 13 Plan  by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 448 Main St, Lumberton, NJ 08048 (the "Subject Property"),and  Lee Martin Perlman, Esq., representing Adelina Fairman ("Debtor"), and for good cause it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan  is resolved, subject to the following conditions:

1. This Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $232.07 as set forth in Secured Creditor's timely filed Proof of Claim 4-1, filed April 20, 2022, and subject to Debtor's right to object to the filed Proof of Claim.

3. Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and /or notices of payment change.

4. Secured Creditor's objection is hereby resolved pursuant to paragraph 2 above.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-12269-MBK

Adelina Fairman                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                          Page 1 of 2
Date Rcvd: Feb 01, 2023                          Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

**Recip ID               Recipient Name and Address**
db                +  Adelina Fairman, 431 Carranza Rd, Vincentown, NJ 08088-9310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed
below:**

**Name                    Email Address**

Albert Russo

      docs@russotrustee.com

Aleisha Candace Jennings

      on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ajennings@raslg.com

Ashley Pascuzzi

      on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com

Denise E. Carlon

      on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com

Harold N. Kaplan

      on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com  kimwilson@raslg.com

Lee Martin Perlman

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 01, 2023                       Form ID: pdf903                              Total Noticed: 1

                    on behalf of Debtor Adelina Fairman ecf@newjerseybankruptcy.com
                    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7