UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Adelina Fairman

Case No.:  22-12269 MBK

Chapter:          13

Hearing Date: 08/09/2023

Judge: MBK

## CERTIFICATION OF SERVICE

1.  I, Aubrey Domico:

_____ represent the debtor in the above captioned matter.

____X____ am the secretary / paralegal for ____Lee M. Perlman, who represents the

debtor(s) in the above captioned matter.

_____ Am the _____ in the above captioned matter and am

representing myself.

2.  On _____07/05/2023_____, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below: _____Modified Chapter 13 Plan_____

_____

.

3.  I hereby certify under penalty of perjury that the above-listed documents were sent

using the mode of service indicated.

Dated: 07/05/2023_____          ___/s/ Aubrey Domico_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ,<br>P.O. Box 619096,<br>Dallas, TX 75261-9741<br><br>Account Resolution Services ,<br>Attn: Bankruptcy,<br>Po Box 459079,<br>Sunrise, FL 33345<br><br>Advanta Bank Corporation ,<br>Resurgent Capital Services,<br>PO Box 10368,<br>Greenville, SC 29603-0368<br><br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130<br><br>Discover Bank ,<br>Discover Product Inc,<br>PO BOX 3025,<br>New Albany, OH 43054<br><br>Emrg Phy Assoc of S Jersey, PC,<br>PO Box 740021,<br>Cincinnati, OH 45274<br><br>FIA Card Services, N.A.,<br>PO Box 982284,<br>El Paso, TX 79998<br><br>Hayt, Hayt & Landau, LLC, | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

PO Box 500,
Eatontown, NJ 07724

Internal Revenue Service ,
Centralized Insolvency Operations,
PO Box 7346,
Philadelphia, PA 19101-7346

KML Law Group, PC,
701 Market St, Ste 5000,
Philadelphia, PA 19106

Midland Fund ,
Attn: Bankruptcy,
350 Camino De La Reine Ste 100,
San Diego, CA 92108

Mr. Cooper ,
Attn: Bankruptcy,
8950 Cypress Waters Blvd,
Coppell, TX 75019

Mrc/united Wholesale M,
Attn: Bankruptcy,
P. O. Box 619098,
Dallas, TX 75261

Nudelman, Klemm & Golub,
425 Eagle Rock Ave, Ste 403,
Roseland, NJ 07068

Ocwen Loan Servicing, LLC,
1661 Worthington Road, Suite 100,
West Palm Beach, FL 33409

PHH Mortgage Corporation ,
Attn: Bankruptcy Department,
PO Box 24605,
West Palm Beach, FL 33416-4605

Pressler, Felt & Warshaw, LLC,
7 Entin Road,
Parsippany, NJ 07054

Quantum3 Group LLC as agent for ,
Velocity Investments LLC,
PO Box 788,
Kirkland, WA  98083-0788

Quicken Loans ,

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: Bankruptcy,<br>1050 Woodward Avenue,<br>Detroit, MI 48226<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, at,<br>635 Woodward Avenue,<br>Detroit MI 48226<br><br>Scratch Financial ,<br>Attn: Compliance,<br>225 S Lake Ave, Ste 250,<br>Pasadena, CA 91101<br><br>State of New Jersey ,<br>Division of Taxation Bankruptcy,<br>PO Box 245,<br>Trenton, NJ 08695<br><br>State of New Jersey ,<br>PO Box 283,<br>Trenton, NJ 08602<br><br>Douglas Groff ,<br>8 Mill Street,<br>Vincentown, NJ 08088<br><br>United States Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, D.C. 20044<br><br>New Jersey Office of the Attorney General<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625-0112<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | |
| | Creditor | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____ |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.