UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Adelina Fairman

Case No.: 22-12269 EJO

Judge: EJO

Chapter 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Adelina Fairman_____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☒  I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   4/22/2026_____                    /s/ Adelina Fairman____
                                                 Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**