UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for Deutsche Bank National Trust*
*Company, as Indenture Trustee for American*
*Home Mortgage Investment Trust 2005-2*

In Re:

**Adelina Fairman,**

              Debtor(s).

Case No.: 22-12269-EJO

Chapter: 13

Judge: Eamonn James O'Hagan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for

American Home Mortgage Investment Trust 2005-2.  Request is made that the documents   filed in this

case and identified below be served on the undersigned at this address:

        ADDRESS:
                      Padgett Law Group
                      6267 Old Water Oak Road, Suite 203
                      Tallahassee, FL 32312

        DOCUMENTS:

        ☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑  All documents and pleadings of any nature.

                                      By:*/s/ Joshua I. Goldman*

Dated: May 29, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for Deutsche Bank National Trust
Company, as Indenture Trustee for American
Home Mortgage Investment Trust 2005-2*

In Re:

**Adelina Fairman**,

　　　　　Debtor(s).

Case No.: 22-12269-EJO

Chapter: 13

Judge: Eamonn James O'Hagan

## CERTIFICATION OF SERVICE

1.  I, Catherine Rusteberg:
    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the

    above captioned matter.

    ☐ am the _____ in the above case and am representing myself.
1.  On <u>May 29, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　*/s/* Catherine Rusteberg

Dated:  May 29, 2026　　　　　　　Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Adelina Fairman**<br>431 Carranza Rd<br>Vincentown, NJ 08088 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Lee Martin Perlman**<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.